IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

UNITED STATES OF AMERICA,            )
                                     )
          Plaintiff,                 )
                                     )
vs.                                  )          Criminal Action No.4:04CR00011-001
                                     )
DARRELL ORLANDO POWELL               )
                                     )
          Defendant.                 )

**O R D E R**

This case is before the Court on government's motion to schedule a jury trial beyond limit imposed by speedy trial act. For reasons set forth in the motion, it is the finding of this Court that the ends of justice served by the granting of an extension outweigh the best interest of the public and the defendant in a speedy trial, pursuant to Title 18, U.S.C., Section 3161(h)(8)(A) of the Speedy Trial Act.

The court makes this finding because a failure to grant such an extension would deny counsel for the defendant and the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, it is hereby

**O R D E R E D**

that the speedy trial time limit in this matter is hereby continued from November 5, 2005 until February 23, 2006.

ENTERED: This 27th day of October, 2005.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE